IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

    Plaintiff,                        No. CIV S-11-0701 DAD P

  vs.

THOMPSON, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 302 and 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. See 28 U.S.C. §§ 1914(a) & 1915(b)(1). An initial partial filing fee of $2.59 will be assessed by this order. See 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to

1

1   the Clerk of the Court.  Thereafter, plaintiff will be obligated to make monthly payments of
2   twenty percent of the preceding month's income credited to plaintiff's prison trust account.
3   These payments will be collected and forwarded by the appropriate agency to the Clerk of the
4   Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in
5   full.  See 28 U.S.C. § 1915(b)(2).

6   　　　　　Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42
7   U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff
8   has a reasonable opportunity to prevail on the merits of this action against defendants Wooden
9   and Thompson.  However, the court will not order service of the complaint on defendants
10  Warden Virga and Sergeant Perry.  Supervisory personnel are generally not liable under § 1983
11  for the actions of their employees under a theory of respondeat superior and, therefore, when a
12  named defendant holds a supervisorial position, the causal link between him and the claimed
13  constitutional violation must be specifically alleged.  See Fayle v. Stapley, 607 F.2d 858, 862
14  (9th Cir. 1979); Mosher v. Saalfeld, 589 F.2d 438, 441 (9th Cir. 1978).  Vague and conclusory
15  allegations concerning the involvement of official personnel in civil rights violations are not
16  sufficient.  See Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982).  Here, plaintiff has
17  failed to present any factual allegations concerning defendants Virga and Perry and their
18  connection to the alleged constitutional violation.

19  　　　　　Accordingly, IT IS HEREBY ORDERED that:

20  　　　　　1.  Plaintiff's March 14, 2011 application to proceed in forma pauperis (Doc. No.
21  2) is granted.

22  　　　　　2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
23  Plaintiff is assessed an initial partial filing fee of $2.59.  All fees shall be collected and paid in
24  accordance with this court's order to the Director of the California Department of Corrections
25  and Rehabilitation filed concurrently herewith.
26  /////

3. Service of the complaint is appropriate for the following defendants: Correctional Officer Wooden and Correctional Officer Thompson.

4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed March 14, 2011.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 3 above; and

   d. Three copies of the endorsed complaint filed March 14, 2011.

6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will0701.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS,

        Plaintiff,                     No. CIV S-11-0701 DAD P

    vs.

THOMPSON, et al.,                NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ <u>one</u> completed summons form;

        _____ <u>[#]</u> completed USM-285 forms; and

        _____ <u>[#]</u> true and exact copies of the complaint filed [date].

DATED: _____.

                                                _____
                                               Plaintiff